IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADMIRAL INSURANCE COMPANY**, <br><br> Plaintiff, <br><br> v. <br><br> **COMLY ROAD HOLDINGS, LLC, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 25-279-KSM** |

**ORDER**

**AND NOW**, this 17th day of December, 2025, upon consideration of Plaintiff Admiral Insurance Company's Rule 67 Motion to Interplead Policy Limits to Settle Claims (Doc. No. 41), Defendants Comly Road Holdings, LLC, and Roman Jamera's opposition brief (Doc. No. 45), and Plaintiff's reply brief (Doc. No. 46); and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that Admiral's Motion (Doc. No. 41) is **GRANTED:**

1.  Admiral may interplead the remaining AB Sublimit of Policy CA000045657-01 pursuant to 28 U.S.C. § 1335 to pay settlement of the *Pedraza-Zayas* Suit.

2.  Admiral may pay Pedraza-Zayas directly under 28 U.S.C. § 1335 rather than the Court registry.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.